## Case No. 15,411.

UNITED STATES v. HUDLAND.

[5 Cranch, C. C. 309.] [1]

Circuit Court, District of Columbia. May Term, 1837.

WITNESS—CROSS-EXAMINATION.

A witness, upon cross-examination, is not to be questioned as to any fact, tending to disgrace him, which the party would not be permitted to prove aliunde.

Indictment [against William Hudland] for assault and battery.

Mr. Semmes, for the defendant, in cross-examining John Dixon, a witness for the United States, asked him whether he had been indicted for treason.

THE COURT interposed, and said that this court, after argument, had lately decided, in Washington, that a witness should not, in cross-examination, be asked a question as to any fact, tending to disgrace him, which the party would not be permitted to prove aliunde.

Verdict, "Not guilty."